UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:24-cr-00162-SEP-2 |
| v. ) | |
| ) | |
| TIFFANY N. HAUSEY, ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court are Defendant's Motion to Sever, Doc. [83]; Motion for Disclosure of Brady/Giglio Information and Motion for Early Production of Jencks Materials, Doc. [84]; and Motion to Dismiss Indictment, or in the Alternative, to Obtain a Bill of Particulars, Doc. [85]. The motions were referred to United States Magistrate Judge Noelle C. Collins for review pursuant to 28 U.S.C. § 636(b). Having carefully considered Judge Collins's Report and Recommendation, Doc. [116], the parties' briefing, Docs. [83], [84], [85], [99], [100], [101], and the transcript of the motion hearing held on April 22, 2025,[1] Doc. [112], and noting the absence of any objection to the R&R,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Noelle C. Collins, Doc. [116], filed June 27, 2025, be and hereby is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motion to Sever, Doc. [83], is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion for Disclosure of Brady/Giglio Information and Motion for Early Production of Jencks Materials, Doc. [84], is **GRANTED in part and DENIED in part**, as set forth in the Report and Recommendation, Doc. [116] at 18-23.

**IT IS FURTHER ORDERED** that the Motion to Dismiss Indictment, or in the Alternative, to Obtain a Bill of Particulars, Doc. [85], is **DENIED.**

**IT IS FINALLY ORDERED** that this matter is set for trial Monday, September 8, 2025, at 9:00 AM.

Dated this 8th day of August, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

---

[1] Neither party introduced evidence at the hearing.